UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEPHEN A. JONES,<br><br>    Petitioner,<br><br>  v.<br><br>MICHAEL D. McDONALD, Warden,<br><br>    Respondent. | Case No. CV 11-07360 CJC (AN)<br><br>ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has conducted a de novo review of the file, including the Magistrate Judge's Report and Recommendation ("R&R"). Petitioner has waived objections to the Magistrate Judge's factual findings by failing to file Objections to the R&R in the required time and manner. *Robbins v. Carey*, 481 F.3d 1143, 1146-47 (9th Cir. 2007). IT IS ORDERED that:

1. The Court accepts the findings and recommendation of the R&R.
2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.
3. All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: April 3, 2012

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE