FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy        DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STEPHEN A. JONES, | Case No. CV 11-07360 CJC (AN) |
|     Petitioner, | |
| v. | JUDGMENT |
| MICHAEL D. McDONALD, Warden, | |
|     Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: April 3, 2012

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

DOCKETED ON CM
APR - 4 2012
BY _____ 178